MATTHEW C. ADDISON (NV #4201)
JESSICA L. WOELFEL (NV #11885)
McDONALD CARANO LP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (702) 788-2020
maddison@mcdonaldcarano.com
jwoelfel@mcdonaldcarano.com

*Attorneys for Defendant*
Ormat Nevada, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ETHOSENERGY TC, INC., a Delaware corporation,

    Plaintiff,

vs.

ORMAT NEVADA, INC., a Nevada corporation

    Defendant.

Case No: 3:18-CV-00354-HDM-VPC

**ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

(First Request)

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff ETHOSENERGY TC, INC., a Delaware Corporation ("Plaintiff"), and Defendant ORMAT NEVADA, INC., a Nevada Corporation, ("Defendant") hereby stipulate and agree that the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) shall be extended three (3) weeks up to and including **September 7, 2018**. Defendant's response is currently due August 17, 2018. Defendant requested this extension to which Plaintiff courteously agreed in light of the

///

///

///

1

complexity of the claims raised in Plaintiff's Complaint.  This is the parties' first request for an extension of Defendant's time to respond to the Complaint.

Dated: August 15, 2018.                                    Dated: August 15, 2018.

SIMONS LAW, PC                                             MCDONALD CARANO LLP

By: */s/ Mark G. Simons*                                   By:*/s/ Jessica L. Woelfel*
    Mark G. Simons, Esq.                     Jessica L. Woelfel, Esq.
    6490 S. McCarran Blvd., #20              Matthew C. Addison, Esq.
    Reno, NV  89509                          100 West Liberty Street, 10th Floor
                                             Reno, NV  89501

MURRAY & DIBELLA, LLP                                      *Attorneys for Defendant*
                                                           *Ormat Nevada, Inc.*

By:*/s/ Martin J. Murray*
    Martin J. Murray
    5 Penn Plaza, 15th Floor
    New York, NY  1001
    (pro hac admission pending)

*Attorneys for Plaintiff*
*EthosEnergy TC, Inc.*

## **ORDER**

IT IS SO ORDERED.
  Dated:  August 20, 2018.

_____
Howard D. McKibben
Senior U.S. District Judge

2