MATTHEW C. ADDISON (NV #4201)
CHELSEA LATINO (NV #14227)
McDONALD CARANO LP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (702) 788-2020
maddison@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Defendant/Counterclaimant*
Ormat Nevada, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ETHOSENERGY TC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT NEVADA, INC., a Nevada corporation<br><br>Defendant. | Case No: 3:18-CV-00354-HDM-CBC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ORMAT NEVADA, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>ETHOSENERGY TC, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Plaintiff/Counterdefendant EthosEnergy TC, Inc. and Defendant/Counterclaimant Ormat Nevada, Inc. stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. This dismissal resolves all claims set forth in this

1

case made against any party. The parties therefore respectfully request that the Court enter an Order dismissing this action with prejudice with each party to bear its own attorney's fees and costs.

DATED this 12th day of ~~March~~ April, 2019.

MCDONALD CARANO LLP

By: _____
Matthew C. Addison, Esq.
Chelsea Latino, Esq.
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Defendant*
*Ormat Nevada, Inc.*

DATED this 12 day of ~~March~~ APRIL, 2019.

MURRAY & DI BELLA, LLP

By: _____
Martin J. Murray, Esq.
5 Penn Plaza, 15th Floor
New York, NY 10001

SIMONS LAW, PC
Mark G. Simons, Esq.
6490 S. McCarran Blvd., #20
Reno, NV 89509

*Attorneys for Plaintiff*
*EthosEnergy TC, Inc.*

It is SO ORDERED this 12th day of ~~March~~ APRIL, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

2